# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

United States of America,

       Plaintiff,

  v.

David Bird,

       Defendant.

Case No. 2:13-cr-00088-APG-CWH

**Order Granting First Stipulation to Continue Deadline for Optional Reply to Response (ECF No. 68) to Motion to Vacate (ECF No. 67)**

Based on the pending stipulation, the Court finds that good cause exists to continue the deadline for Bird's optional reply to the government's response to his motion to vacate under 28 U.S.C. § 2255.

IT IS THEREFORE ORDERED that Bird's optional reply brief is due August 28, 2020.

Dated: July 28, 2020.

                                                           Andrew P. Gordon
                                                           United States District Judge